IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:04CR3085 |
| V. | ) | |
| ERICK I. PEREZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Clerk shall provide the prosecutor and the defendant with a copy of sealed filing 38 and a copy of this order.

(2) The Court will take no further action.

DATED this 13th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge