IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:04CR3085 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| ERICK I. PEREZ, | ) | |
| Defendant. | ) | |

The defendant's letter has been filed in the court file.

IT IS ORDERED that:

(1) Treating the letter as a motion, the motion is denied.

(2) The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated October 29, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge